465 A.2d 702

Maguire v. Maguire, Appellant.

Reargument Denied Oct. 3, 1983.

Petition for Allowance of Appeal Denied
Feb. 17, 1984.

Argued May 11, 1983.   K.A. Maguire, appellant, in propria persona; Emanuel A. Bertin, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Affirmed.